**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ansel Martin Stroud, III
Tutt, Stroud & McKay, LLC
920 Pierremont Rd., Suite 308
Shreveport LA 71106

**REHEARING ACTION: May 19, 2010**

**Docket Number: 09   01004-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ADAM LLOYD JETER**

**Appealed from Sabine Parish Case No. 62343**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Jimmie C. Peters**
      **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Adam Lloyd Jeter** has this day been

      **DENIED.**
      Thibodeaux, J., would grant the rehearing.

cc: Hon. Don M. Burkett, Counsel for the Appellee
    Anna Louise Garcie, Counsel for the Appellee